WR-83,074-01
COURT OF CRIMINAL APPEALS
AUSTIN, TEXAS
Transmitted 4/7/2015 10:43:54 AM
Accepted 4/7/2015 11:04:54 AM
ABEL ACOSTA
CLERK

**IN THE COURT OF CRIMINAL APPEALS**
**FOR THE STATE OF TEXAS**
**AUSTIN, TEXAS**

RECEIVED
COURT OF CRIMINAL APPEALS
4/7/2015
ABEL ACOSTA, CLERK

| | | |
|---|---|---|
| **EX PARTE** | § | |
| | § | |
| | § | NO. WR-83,074-01 |
| | § | |
| **MICHAEL CHARLES HILL** | § | |

MOTION DISMISSED
DATE: 4-13-15
BY: P.C.

**APPLICANT'S MOTION TO WITHDRAW AND DISMISS**
**APPLICATION FOR WRIT OF HABEAS CORPUS PURSUANT**
**TO ART. 11.07, TEX. CODE CRIM. PROC.**

**TO THE HONORABLE COURT OF CRIMINAL APPEALS:**

**NOW COMES** the Applicant, MICHAEL CHARLES HILL, and files this Motion to Withdraw and Dismiss Application for Writ of Habeas Corpus Pursuant to Art. 11.07, Tex Code Crim. Proc., and would show the following:

I.

Applicant hereby moves to withdraw and dismiss his Application for Writ of Habeas Corpus.

II.

Applicant filed a motion in the trial court prior to his writ application being forwarded to this Court asking that his Application for a Writ of Habeas Corpus be dismissed. That motion was granted on March 31, 2015. A copy of the order of the trial court is attached as Exhibit A.

WHEREFORE, PREMISES CONSIDERED, Applicant prays that this motion be granted.

**ELECTRONIC RECORD**